UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Tracy Turner,<br>　　　　Defendant, | Case No. 1:19-CR-00007<br><br><br><br>**SENTENCING MEMORANDUM** |

## Sentencing Recommendation

[¶1]　In this case, the Government is recommending a sentence of 135 months, five years supervised release and the payment of a special assessment fee in the amount of $100. **The Defense recommends a sentence of time served, five years supervised release and the payment of a special assessment fee in the amount of $100.** The §3553(a) factors weigh in favor of a variance when considering a sentence "sufficient, but not greater than necessary…" and in this case, time served is sufficient. The sentence recommended by the Defense takes into account several departures and variances. Additionally, the sentence proposed is sufficient because Mr. Turner is just about 60 years old and in poorer health than he was before.

　　　Dated this 11th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Amanda Harris

　　　　　　　　　　　　　　　　　　　　Amanda R. Harris (N.D. Id# 06506)
　　　　　　　　　　　　　　　　　　　　Harris Law Office, PLLC
　　　　　　　　　　　　　　　　　　　　208 E. Main St.  PO Box 311
　　　　　　　　　　　　　　　　　　　　Mandan, ND 58554
　　　　　　　　　　　　　　　　　　　　Telephone: (701) 751-7636
　　　　　　　　　　　　　　　　　　　　service@harrislawnd.com
　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant