November 28, 2023

Defendant Tracey Turner's response to the United State's Response to my Motion for Compassionate Release

I. Medical Circumstances
  a. Would not have gone blind in left eye had I received proper and timely medical treatment.
  b. Have not had <u>any</u> medical treatment for prostrate cancer.
  c. The BOP (Federal Bureau of Prisons) has, for years, been incapable of properly treating inmates diagnosed with cancer. Please see enclosed newsletters, highlighted sections. Newsletters are from qualified sources.
  d. It is my informed opinion, due to facts provided, that it is unfavorable, and perhaps lethal, for me to remain incarcerated in any BOP facility, medical or otherwise. I deem this to be an extraordinary and compelling reason; having been diagnosed with prostrate cancer and being incarcerated in a BOP facility.

II. At this time I'm currently reviewing my mother's care giver circumstances and will address it shortly.

III. As for the Factors That Weigh Against My Release.
  a. Other than a minor, non-violent, non drug related incident several years ago in a non BOP facility; I have not had any disciplinary action taken against me. I am a changed and better human being.

Please reconsider your decision and grant my request. Thank You

Tracey Turner